James A. Keating, Respondent, v. Meyer Auerbach and Addie Auerbach,

Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.